# Exhibit

# A

# BROTHERS PRODUCE LLC

Print

### License

**License No.**
20250998

**Date Issued**
2025-08-14

**Anniversary Date**
2026-08-14

**Status**
Active

### Contacts

**Phone**
(713) 924-4196

**Fax**
(713) 921-4886

**Email**
info@brothersproduce.com

**Web Address**
https://brothersproduce.com/

### Business Address

**Address**
3173 PRODUCE ROW

**City**
HOUSTON

**State**
TX

**Zip**
77023

### Mailing Address

**Address**
PO BOX 1207

**City**
FRIENDSWOOD

**State**
TX

**Zip**
77549

### Informal Complaints

**No. of Informal Reparation Complaints**
7

**No. of Disputed Informal Reparation Complaints**
0

### Formal Complaints

**No. of Formal Reparation Complaints**
0

**No. of Disputed Formal Reparation Complaint**
0

**Total Formal Claim Amount**
$0.00

### Reported Principal(s) (First & Last Name, Entity Name, Estate or Trust Name)

GRUBMARKET INC
MIKE XU
KATHY XU

### Trade Name(s)

GRUBMARKET

**Branch(es)**

| Branch Name | City | State |
|---|---|---|