# Exhibit

# B

**Klinowski Damiano LLP**

*Attorneys at Law*

***TMC Produce Solutions Corp. v Brothers Produce LLC***

**Claim Amounts Calculated Through:** 5/15/2026
**PACA Creditor / Claimant:** TMC Produce Solutions Corp.
**Debtor:** Brothers Produce LLC
**Payment Terms:** Net 10
**Interest Rate:** 1.5% per mon. (18% APR)
**Attorneys' Fees & Costs:** Yes

| Invoice Number | Date of Acceptance or Shipment | Date Trust Notice Given | Date Payment Due | No. of Days Past Due | Invoice Amount | Accrued Interest *(through date of chart)* | Payments Received | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|---|
| 21722 | 04/02/26 | 04/02/26 | 04/12/26 | 33 | $ 1,801.00 | $ 29.72 | $ - | $ 1,830.72 |
| 21724 | 04/03/26 | 04/03/26 | 04/13/26 | 32 | $ 28,512.00 | $ 456.19 | $ - | $ 28,968.19 |
| 21727 | 04/04/26 | 04/04/26 | 04/14/26 | 31 | $ 17,028.00 | $ 263.93 | $ - | $ 17,291.93 |
| 21728 | 04/07/26 | 04/07/26 | 04/17/26 | 28 | $ 15,840.00 | $ 221.76 | $ - | $ 16,061.76 |
| 21728-1 | 04/23/26 | 04/23/26 | 05/03/26 | 12 | $ 19,800.00 | $ 118.80 | $ - | $ 19,918.80 |
| 21729 | 04/07/26 | 04/07/26 | 04/17/26 | 28 | $ 12,113.45 | $ 169.59 | $ - | $ 12,283.04 |
| 21730 | 04/09/26 | 04/09/26 | 04/19/26 | 26 | $ 5,258.25 | $ 68.36 | $ - | $ 5,326.61 |
| 21733 | 04/09/26 | 04/09/26 | 04/19/26 | 26 | $ 14,780.00 | $ 192.14 | $ - | $ 14,972.14 |
| 21734 | 04/11/26 | 04/11/26 | 04/21/26 | 24 | $ 28,272.00 | $ 339.26 | $ - | $ 28,611.26 |
| 21736 | 04/14/26 | 04/14/26 | 04/24/26 | 21 | $ 4,400.00 | $ 46.20 | $ - | $ 4,446.20 |
| 21739 | 04/15/26 | 04/15/26 | 04/25/26 | 20 | $ 9,976.50 | $ 99.77 | $ - | $ 10,076.27 |
| 21740 | 04/14/26 | 04/14/26 | 04/24/26 | 21 | $ 1,247.50 | $ 13.10 | $ - | $ 1,260.60 |
| 21744 | 04/27/26 | 04/27/26 | 05/07/26 | 8 | $ 1,035.00 | $ 4.14 | $ - | $ 1,039.14 |
| 21745 | 04/22/26 | 04/22/26 | 05/02/26 | 13 | $ 9,436.50 | $ 61.34 | $ - | $ 9,497.84 |
| 21743 | 04/18/26 | 04/18/26 | 04/28/26 | 17 | $ 14,735.00 | $ 125.25 | $ - | $ 14,860.25 |
| 21746 | 04/29/26 | 04/29/26 | 05/09/26 | 6 | $ 49,485.00 | $ 148.46 | $ - | $ 49,633.46 |
| 21747 | 05/01/26 | 05/01/26 | 05/11/26 | 4 | $ 4,178.25 | $ 8.36 | $ - | $ 4,186.61 |
| 21748 | 05/02/26 | 05/02/26 | 05/12/26 | 3 | $ 22,981.00 | $ 34.47 | $ - | $ 23,015.47 |
| 21751 | 05/05/26 | 05/05/26 | 05/15/26 | 0 | $ 51,045.50 | $ - | $ - | $ 51,045.50 |
| 21753 | 05/05/26 | 05/05/26 | 05/15/26 | 0 | $ 6,036.80 | $ - | $ - | $ 6,036.80 |
| 21755 | 05/06/26 | 05/06/26 | 05/16/26 | -1 | $ 17,266.00 | $ - | $ - | $ 17,266.00 |
| | | | | | $ 335,227.75 | $ 2,400.82 | $ - | $ 337,628.57 |

| | | |
|---|---|---|
| Principal Amount: | $ | 335,227.75 |
| Accrued Interest: | $ | 2,400.82 |
| Attorneys' Fees & Costs *(estimated through 05/15/26)*: | $ | 12,570.00 |
| **Total Amount Claimed:** | **$** | **350,198.57** |

# Invoice

TMC Produce Solutions
TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/2/26 | 21722 |
| **Arrival Date** | **File No.** |
| 4/2/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384155 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| AMP Carriers LLC | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 568989 | 100 | Bell Red 11LB Large | MX | | Delivered | 22.5000 | 2,250.00 |
| 568989 | 100 | Yellow Bell 11LB | MX | | Delivered | 18.5000 | 1,850.00 |
| 568989 | 100 | Bell Pep Jum Org 11LB | MX | | Delivered | 18.5000 | 1,850.00 |
| 11122441 | 352 | Zucchini | MX | | Delivered | 12.9500 | 4,558.40 |
| 11122441 | 160 | Tomatoes | MX | | Delivered | 44.9500 | 7,192.00 |
| | 812 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$17,700.40**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/7/26 | 21729 |
| **Arrival Date** | **File No.** |
| 4/7/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384243 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 36858 | 311 | Tomatoes, Grape | MX | | Delivered | 38.9500 | 12,113.45 |
| | 311 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$12,113.45**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/9/26 | 21730 |
| **Arrival Date** | **File No.** |
| 4/9/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384302 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| AMP Carriers LLC | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 23026 | 135 | Tomatoes, Cherry | MX | | Delivered | 38.9500 | 5,258.25 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. Total Due $5,258.25

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/22/26 | 21745 |
| **Arrival Date** | **File No.** |
| 4/22/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384594 |

| ***Bill To*** | ***Ship To*** |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| AMP Carriers LLC | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| QC57083 | 270 | Tomatoes, Cherry | MX | | Delivered | 34.9500 | 9,436.50 |
| | 270 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. Total Due $9,436.50

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement’s restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/14/26 | 21740 |
| **Arrival Date** | **File No.** |
| 4/14/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384468 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Brothers Produce of | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| tba | 50 | Romaine | MX | | Delivered | 24.9500 | 1,247.50 |
| | 50 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$1,247.50**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/27/26 | 21744 |
| **Arrival Date** | **File No.** |
| 4/27/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384743 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Brothers Produce of | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| TBA | 20 | Avocados scoops | MX | | Delivered | 51.7500 | 1,035.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$1,035.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 5/5/26 | 21751 |
| **Arrival Date** | **File No.** |
| 5/5/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384894 |

***Bill To***

Brothers Produce of Houston
3173 Produce Row
Houston, TX 77023

***Ship To***

Brothers Produce Houston
3173 Produce Row
Houston, TX 77023

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 138186 | 40 | Peas Sugar Stringless | MX | | Delivered | 49.5000 | 1,980.00 |
| 138186 | 200 | Lettuce Rom | MX | | Delivered | 37.2500 | 7,450.00 |
| 138186 | 200 | Lettuce Rom S | MX | | Delivered | 37.2500 | 7,450.00 |
| 138186 | 100 | Lettuce Shredded | MX | | Delivered | 41.9500 | 4,195.00 |
| 138186 | 504 | Baby Spinach | MX | | Delivered | 22.2500 | 11,214.00 |
| 138186 | 140 | Broccoli Floret | MX | | Delivered | 34.7500 | 4,865.00 |
| 138186 | 60 | Lettuce C/T | MX | | Delivered | 41.5000 | 2,490.00 |
| 138186 | 24 | Arugula | MX | | Delivered | 17.5000 | 420.00 |
| 138186 | 47 | Mixed Product | MX | | Delivered | 34.5000 | 1,621.50 |
| 138186 | 240 | Baby Spinach 4# | MX | | Delivered | 16.5000 | 3,960.00 |
| 138186 | 240 | Green Onion | MX | | Delivered | 22.5000 | 5,400.00 |
| | 1,755 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$51,045.50**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/18/26 | 21743 |
| **Arrival Date** | **File No.** |
| 4/18/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384554 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 136956 | 210 | Cucumber | MX | | Delivered | 42.5000 | 8,925.00 |
| 136956 | 15 | Mini Sweet Pepper | MX | | Delivered | 40.5000 | 607.50 |
| 136956 | 90 | Bell Red 11 | MX | | Delivered | 22.5000 | 2,025.00 |
| 136956 | 97 | Bell Pep Yel ch | MX | | Delivered | 17.5000 | 1,697.50 |
| 136956 | 80 | Zucchini | MX | | Delivered | 18.5000 | 1,480.00 |
| | 492 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due $14,735.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/29/26 | 21746 |
| **Arrival Date** | **File No.** |
| 4/29/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384774 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 137819 | 179 | Green Onion Iceless | MX | | Delivered | 32.5000 | 5,817.50 |
| 137819 | 60 | Green Leaf filets | MX | | Delivered | 38.5000 | 2,310.00 |
| 137819 | 180 | Broccoli Floret | MX | | Delivered | 59.7500 | 10,755.00 |
| 137819 | 140 | Lettuce romaine | MX | | Delivered | 35.5000 | 4,970.00 |
| 137819 | 140 | Lettuce shredded | MX | | Delivered | 36.5000 | 5,110.00 |
| 137819 | 170 | Lettuce shredded | MX | | Delivered | 38.5000 | 6,545.00 |
| 137819 | 180 | Salad Mix 3way | MX | | Delivered | 41.5000 | 7,470.00 |
| 137819 | 135 | Salad Mix 4way | MX | | Delivered | 42.5000 | 5,737.50 |
| 137819 | 20 | Salad Mixes | MX | | Delivered | 38.5000 | 770.00 |
| | 1,204 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$49,485.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 5/1/26 | 21747 |
| **Arrival Date** | **File No.** |
| 5/2/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384858 |

| Bill To | Ship To |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| AMP Carriers LLC | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 24133 | 135 | Tomatoes, Cherry | MX | | Delivered | 30.9500 | 4,178.25 |
| | 135 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT. THIS IS YOUR INVOICE. **Total Due** **$4,178.25**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 5/2/26 | 21748 |
| **Arrival Date** | **File No.** |
| 5/2/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384867 |

**Bill To**

Brothers Produce of Houston
3173 Produce Row
Houston, TX 77023

**Ship To**

Brothers Produce Houston
3173 Produce Row
Houston, TX 77023

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| TBA | 210 | Cucumber | MX | | Delivered | 22.5000 | 4,725.00 |
| TBA | 280 | Bell Pep Red | MX | | Delivered | 36.0000 | 10,080.00 |
| TBA | 56 | Bell Pep Yel | MX | | Delivered | 25.0000 | 1,400.00 |
| TBA | 176 | Zucchini med | MX | | Delivered | 25.0000 | 4,400.00 |
| TBA | 88 | Squash, Yellow | MX | | Delivered | 27.0000 | 2,376.00 |
| | 810 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$22,981.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 5/5/26 | 21753 |
| **Arrival Date** | **File No.** |
| 5/5/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384897 |

| Bill To | Ship To |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| AMP Carriers LLC | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 37038 | 224 | Tomatoes Medley | MX | | Delivered | 26.9500 | 6,036.80 |
| | 224 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$6,036.80**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 5/6/26 | 21755 |
| **Arrival Date** | **File No.** |
| 5/6/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384937 |

**Bill To**

Brothers Produce of Houston
3173 Produce Row
Houston, TX 77023

**Ship To**

Brothers Produce Houston
3173 Produce Row
Houston, TX 77023

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 138560 | 40 | Green Onion Iceless | MX | | Delivered | 22.5000 | 900.00 |
| 138560 | 56 | Salad Mixmesclum | MX | | Delivered | 34.5000 | 1,932.00 |
| 138560 | 28 | Arugula | MX | | Delivered | 17.5000 | 490.00 |
| 138560 | 120 | Salad Mix | MX | | Delivered | 42.9500 | 5,154.00 |
| 138560 | 200 | Salad Mix | MX | | Delivered | 43.9500 | 8,790.00 |
| | 444 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due $17,266.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

**TMC Produce Solutions Corp**
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/3/26 | 21724 |
| **Arrival Date** | **File No.** |
| 4/3/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384161 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 135657 | 648 | Tomatoes | MX | | Delivered | 44.0000 | 28,512.00 |
| | 648 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$28,512.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/4/26 | 21727 |
| **Arrival Date** | **File No.** |
| 4/4/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384173 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 135814 | 264 | Tomatoes 4x5 2L #2 | MX | | F.O.B. | 64.5000 | 17,028.00 |
| | 264 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$17,028.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/7/26 | 21728-1 |
| **Arrival Date** | **File No.** |
| 4/7/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384236 |

| Bill To | Ship To |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 135967 | 320 | Roma | MX | | Delivered | 49.5000 | 15,840.00 |
| | 320 | Brokerage | MX | | Delivered | | 0.00 |
| 135967 | 400 | Roma | MX | | Delivered | 49.5000 | 19,800.00 |
| | 400 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$35,640.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/9/26 | 21733 |
| **Arrival Date** | **File No.** |
| 4/9/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384331 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Brothers Produce of | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| 1076118504 | 400 | BRINKER FRIES | USA | | Delivered | 36.9500 | 14,780.00 |
| | 400 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$14,780.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/11/26 | 21734 |
| **Arrival Date** | **File No.** |
| 4/11/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384375 |

| ***Bill To*** | ***Ship To*** |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| Paradise Fruits & | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| TBA | 608 | Roma XL | MX | | Delivered | 46.5000 | 28,272.00 |
| | 608 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$28,272.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

TMC Produce Solutions Corp
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/14/26 | 21736 |
| **Arrival Date** | **File No.** |
| 4/14/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384430 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| AMP Carriers LLC | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| SDZ3624 | 110 | Bell Pep Red XL | MX | | Delivered | 22.5000 | 2,475.00 |
| SDZ3624 | 110 | Bell Pep Org L XL | MX | | Delivered | 17.5000 | 1,925.00 |
| | 220 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$4,400.00**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.

# Invoice

TMC Produce Solutions

**TMC Produce Solutions Corp**
2600 S. Shore Blvd, Ste 300
League City , TX 77573
(281) 957-9497

| Ship Date | Invoice No. |
|---|---|
| 4/15/26 | 21739 |
| **Arrival Date** | **File No.** |
| 4/15/26 | |
| **Terms** | **PO No.** |
| Net 28 | 384429 |

| *Bill To* | *Ship To* |
|---|---|
| Brothers Produce of Houston<br>3173 Produce Row<br>Houston, TX 77023 | Brothers Produce Houston<br>3173 Produce Row<br>Houston, TX 77023 |

**Comments**

| Carrier | Vehicle# | Trailer# | Frt Billing | Frt Rate | Time | Sales Person |
|---|---|---|---|---|---|---|
| AMP Carriers LLC | | | Delivered | $0.00 | | SCOTT |

| Ref# | QTY | Description | ST/Cnty | Label | Contract | Price | Extension |
|---|---|---|---|---|---|---|---|
| QC24056 | 270 | Tomatoes, Cherry | MX | | Delivered | 36.9500 | 9,976.50 |
| | 270 | Brokerage | MX | | Delivered | | 0.00 |

PLEASE PAY FROM THIS DOCUMENT, THIS IS YOUR INVOICE. **Total Due** **$9,976.50**

F.O.B. Good delivery standards apply to grade, quality and condition. Ryan Recorders are requesred on all truck loads of produce. All Mexican tomatoes sold, shipped and invoiced to you are subject to the 2019 Suspension Agreement, as amended, between the U.S. Dept. of Commerce and certain tomato growers effecting tomato imports into the United States, including the Suspension Agreement's restrictions on price adjustments below the reference price. Canadian inspections will not be honored.

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5 (c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Interest shall accrue on any past-due account balance at the rate of 1.5% per month (18% per annum). In the event collection action becomes necessary, Buyer agrees to pay all costs of collection, including attorneys' fees, as sums due and owing under the PACA trust. Any claims for shortage, damage or condition must be reported in writing to Seller within eight (8) hours of receipt of the product and a timely USDA inspection is performed on the product. After reporting a Quality or Quantity issue, customer has 7 days to report the final return, otherwise

NO credits will be issued.