# Exhibit C

**Klinowski Damiano LLP**
*Attorneys at Law*

***Best Buy Produce Int'l v Brothers Produce***

**Claim Amounts Calculated Through:** 5/15/2026
**PACA Creditor / Claimant:** Best Buy Produce Int'l
**Debtor:** Brothers Produce
**Payment Terms:** Net 10
**Interest Rate:** 1.5% per mon. (18% APR)
**Attorneys' Fees & Costs:** Yes

| Invoice Number | Date of Acceptance or Shipment | Date Trust Notice Given | Date Payment Due | No. of Days Past Due | Invoice Amount | Accrued Interest *(through date of chart)* | Payments Received | Total Amount Outstanding |
|---|---|---|---|---|---|---|---|---|
| 33188 | 10/30/25 | 10/30/25 | 11/09/25 | 187 | $ 5,068.00 | $ 473.86 | $ - | $ 5,541.86 |
| 33223 | 10/02/25 | 10/02/25 | 10/12/25 | 215 | $ 2,869.00 | $ 308.42 | $ - | $ 3,177.42 |
| 33367 | 10/07/25 | 10/07/25 | 10/17/25 | 210 | $ 2,608.00 | $ 273.84 | $ - | $ 2,881.84 |
| 33379 | 10/08/25 | 10/08/25 | 10/18/25 | 209 | $ 5,096.00 | $ 532.53 | $ - | $ 5,628.53 |
| 33462 | 10/09/25 | 10/09/25 | 10/19/25 | 208 | $ 3,170.50 | $ 329.73 | $ - | $ 3,500.23 |
| 33460 | 10/13/25 | 10/13/25 | 10/23/25 | 204 | $ 5,208.00 | $ 531.22 | $ - | $ 5,739.22 |
| 33601 | 10/15/25 | 10/15/25 | 10/25/25 | 202 | $ 5,292.00 | $ 534.49 | $ - | $ 5,826.49 |
| 33663 | 10/16/25 | 10/16/25 | 10/26/25 | 201 | $ 1,449.00 | $ 145.62 | $ - | $ 1,594.62 |
| 33876 | 10/16/25 | 10/16/25 | 10/26/25 | 201 | $ 7,036.25 | $ 707.14 | $ - | $ 7,743.39 |
| 34025 | 10/28/25 | 10/28/25 | 11/07/25 | 189 | $ 3,598.75 | $ 340.08 | $ - | $ 3,938.83 |
| 34075 | 10/30/25 | 10/30/25 | 11/09/25 | 187 | $ 4,950.00 | $ 462.83 | $ - | $ 5,412.83 |
| | | | | | $ 46,345.50 | $ 4,639.76 | $ - | $ 50,985.26 |

| | | |
|---|---|---|
| Principal Amount: | $ | 46,345.50 |
| Accrued Interest: | $ | 4,639.76 |
| Attorneys' Fees & Costs *(estimated through 05/31/26)* : | $ | 5,000.00 |
| **Total Amount Claimed:** | **$** | **55,985.26** |

BEST BUY PRODUCE

**BEST BUY PRODUCE INT'L INC.**
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00034075

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC | DAVALAN SHIPPING |
| P.O.BOX 1207 | 1601 E OLYPIC BLVD |
| FRIENDSWOOD, TX 77549 | LOS ANGELES, CA 90021 |
| P: 713-924-5013 | P: |

INV16U00010100
6340750001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/30/25 |
| Terms | NET 21 DAYS |
| PO 1 | 379150 |
| PO 2 | |
| Salesperson | DOR |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 99 | 99 | 00032 | ES PEELED GARLIC | 4/5LB JR | .00 | $50.00 | $4,950.00 |
| **99** | **99** | | | | **.00** | **Subtotal** | $4,950.00 |

**Notes**

| | |
|---|---|
| **Tax** | $.00 |
| **Total** | **$4,950.00** |

**Received By:**

Signature / Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE INT'L INC.
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033876

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC<br>P.O BOX 1207<br>FRIENDSWOOD, TX 77549<br>P: 713-924-5013 | DAVALAN SHIPPING<br>1601 E OLYPIC BLVD<br>LOS ANGELES, CA 90021<br>P: |

INV16U00010100 0338760001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/23/25 |
| Terms | NET 21 DAYS |
| PO 1 | 378900 |
| PO 2 | |
| Salesperson | DOR |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 99 | 99 | 00032 | ES PEELED GARLIC | 4/5LB JR | .00 | $50.00 | $4,950.00 |
| 63 | 63 | 02296 | CN FRESH GINGER | 30LBS CS | 1953.00 | $27.00 | $1,701.00 |
| 15 | 15 | 00025 | US PEELED CIPOLLINI | 5LB JR | 75.00 | $16.75 | $251.25 |
| 2 | 2 | 00040 | US PEELED PEARL WHT ONIONS | 4/5LB JR | 42.00 | $67.00 | $134.00 |
| 179 | 179 | | | | 2070.00 | Subtotal | $7,036.25 |
| | | | | | | Tax | $.00 |
| | | | | | | Total | $7,036.25 |

Notes

Received By:

Signature / Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE INT'L INC.
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033663

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC<br>P.O.BOX 1207<br>FRIENDSWOOD, TX 77549<br><br>P: 713-924-5013 | DAVALAN SHIPPING<br>1601 E OLYPIC BLVD<br>LOS ANGELES, CA 90021<br><br>P: |

INV16U00010100
0336630001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/16/25 |
| Terms | NET 21 DAYS |
| PO 1 | 378585 |
| PO 2 | |
| Salesperson | DOR |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 63 | 63 | 02296 | CN FRESH GINGER | 30LBS CS | 1953.00 | $23.00 | $1,449.00 |
| **63** | **63** | | | | **1953.00** | **Subtotal** | $1,449.00 |
| Notes | | | | | | | |
| | | | | | | Tax | $.00 |
| | | | | | | Total | **$1,449.00** |

**Received By:**

_______________ / _______________ _______________
Signature Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE INT'L INC.
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033601

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC | BROTHERS HOUSTON MAIN |
| P.O.BOX 1207 | 3173 PRODUCE ROW |
| FRIENDSWOOD, TX 77549 | HOUSTON, TX 77075 |
| P: 713-924-5013 | P: 713-924-4196 |

INV16U00010100
0336010001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/15/25 |
| Terms | NET 21 DAYS |
| PO 1 | 378494 |
| PO 2 | KAOLIN |
| Salesperson | CLS |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|
| 112 | 112 | 00028 | CN PEELED GARLIC 4/5LB JR | 2352.00 | $47.25 | $5,292.00 |
| 112 | 112 | | | 2352.00 | Subtotal | $5,292.00 |
| Notes | | | | | Tax | $.00 |
| | | | | | Total | $5,292.00 |

**Received By:**

Signature / Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE

BEST BUY PRODUCE INT'L INC.
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033460

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC | BROTHERS HOUSTON MAIN |
| P.O.BOX 1207 | 3173 PRODUCE ROW |
| FRIENDSWOOD, TX 77549 | HOUSTON, TX 77075 |
| P: 713-924-5013 | P: 713-924-4196 |

INV16U00010160
0334600001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/13/25 |
| Terms | NET 21 DAYS |
| PO 1 | 378277 |
| PO 2 | KAOLIN |
| Salesperson | CLS |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 112 | 112 | 00028 | CN PEELED GARLIC | 4/5LB JR | 2352.00 | $46.50 | $5,208.00 |
| **112** | **112** | | | | **2352.00** | **Subtotal** | **$5,208.00** |
| Notes | | | | | | | |
| | | | | | | **Tax** | $.00 |
| | | | | | | **Total** | **$5,208.00** |

**Received By:**

Signature / Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE

**BEST BUY PRODUCE INT'L INC.**
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033462

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC<br>P.O.BOX 1207<br>FRIENDSWOOD, TX 77549<br><br>P: 713-924-5013 | DAVALAN SHIPPING<br>1601 E OLYMPIC BLVD<br>LOS ANGELES, CA 90021<br><br>P: |

INV16U00010100
0334620001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/09/25 |
| Terms | NET 21 DAYS |
| PO 1 | 378275 |
| PO 2 | |
| Salesperson | DOR |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 10 | 10 | 00352 | TR FRSH WHT GARLIC LSE 60MM | 30LB CS | 310.00 | $58.00 | $580.00 |
| 63 | 63 | 02296 | CN FRESH GINGER | 30LBS CS | 1953.00 | $23.50 | $1,480.50 |
| 10 | 10 | 02033 | US FRESH CIPOLLINI | 10LB BG | 120.00 | $15.00 | $150.00 |
| 30 | 30 | 00052 | TR SUN DRIED TOMATOES HALF | 5LB BG | 150.00 | $16.00 | $480.00 |
| 30 | 30 | 00053 | TR SUN DRIED TOMATOES JULIENNE | 5LB BG | 150.00 | $16.00 | $480.00 |
| **143** | **143** | | | | **2683.00** | **Subtotal** | $3,170.50 |
| | | | | | | **Tax** | $.00 |
| | | | | | | **Total** | **$3,170.50** |

**Notes**

**Received By:**

Signature / Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of $1\frac{1}{2}\%$ per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE

**BEST BUY PRODUCE INT'L INC.**
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033367

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC<br>P.O.BOX 1207<br>FRIENDSWOOD, TX 77549<br><br>P: 713-924-5013 | DAVALAN SHIPPING<br>1601 E OLYPIC BLVD<br>LOS ANGELES, CA 90021<br><br>P: |

INV16U00010100
0333670001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/07/25 |
| Terms | NET 21 DAYS |
| PO 1 | 378182 |
| PO 2 | |
| Salesperson | DOR |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 10 | 10 | 00345 | TR FRSH WHT GARLIC 60MM+ | 30LB CS | 310.00 | $62.00 | $620.00 |
| 50 | 50 | 02296 | CN FRESH GINGER | 30LBS CS | 1550.00 | $25.00 | $1,250.00 |
| 15 | 15 | 02033 | US FRESH CIPOLLINI | 10LB BG | 180.00 | $15.00 | $225.00 |
| 5 | 5 | 00022 | US PEELED CIPOLLINI 5LB BG JT | PK | 25.00 | $67.00 | $335.00 |
| 20 | 20 | 02231 | US FRESH SHALLOT 5LB BG JT | | 100.00 | $4.90 | $98.00 |
| 5 | 5 | 00052 | TR SUN DRIED TOMATOES HALF | 5LB BG | 25.00 | $16.00 | $80.00 |
| **105** | **105** | | | | **2190.00** | **Subtotal** | $2,608.00 |
| Notes | | | | | | Tax | $.00 |
| | | | | | | **Total** | **$2,608.00** |

**Received By:**

Signature / Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of $1\frac{1}{2}\%$ per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE

BEST BUY PRODUCE INT'L INC.
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033223

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC | DAVALAN SHIPPING |
| P.O.BOX 1207 | 1601 E OLYPIC BLVD |
| FRIENDSWOOD, TX 77549 | LOS ANGELES, CA 90021 |
| P: 713-924-5013 | P: |

INV16U00010100 0332230001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/02/25 |
| Terms | NET 21 DAYS |
| PO 1 | 377986 |
| PO 2 | |
| Salesperson | DOR |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 15 | 15 | 00345 | TR FRSH WHT GARLIC 60MM | 30LB CS | 465.00 | $62.00 | $930.00 |
| 63 | 63 | 02296 | CN FRESH GINGER | 30LBS CS | 1953.00 | $18.00 | $1,134.00 |
| 10 | 10 | 02033 | US FRESH CIPOLLINI | 10LB BG | 120.00 | $15.00 | $150.00 |
| 20 | 20 | 00025 | US PEELED CIPOLLINI | 5LB JR | 100.00 | $16.75 | $335.00 |
| 20 | 20 | 00052 | TR SUN DRIED TOMATOES HALF | 5LB BG | 100.00 | $16.00 | $320.00 |
| 128 | 128 | | | | 2738.00 | Subtotal | $2,869.00 |
| Notes | | | | | | | |
| | | | | | | Tax | $.00 |
| | | | | | | Total | **$2,869.00** |

**Received By:**

Signature / Name (Print) Date

Terms and Conditions

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of $1\frac{1}{2}$% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE

**BEST BUY PRODUCE INT'L INC.**
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033188

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC<br>P.O BOX 1207<br>FRIENDSWOOD, TX 77549<br><br>P: 713-924-5013 | BROTHERS HOUSTON MAIN<br>3173 PRODUCE ROW<br>HOUSTON, TX 77075<br><br>P: 713-924-4196 |

INV16U00010100
0331880001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/02/25 |
| Terms | NET 21 DAYS |
| PO 1 | 377806 |
| PO 2 | KAOLIN |
| Salesperson | CLS |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 112 | 112 | 00028 | CN PEELED GARLIC | 4/5LB JR | 2352.00 | $45.25 | $5,068.00 |
| 112 | 112 | | | | 2352.00 | Subtotal | $5,068.00 |
| Notes | | | | | | Tax | $.00 |
| | | | | | | Total | **$5,068.00** |

**Received By:**

_______________ / _______________ _______________
Signature Name (Print) Date

Terms and Conditions

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE

BEST BUY PRODUCE INT'L INC.
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00034025

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC | DAVALAN SHIPPING |
| P.O.BOX 1207 | 1601 E OLYPIC BLVD |
| FRIENDSWOOD, TX 77549 | LOS ANGELES, CA 90021 |
| P: 713-924-5013 | P: |

INV16U00010100 0340250001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/28/25 |
| Terms | NET 21 DAYS |
| PO 1 | 379088 |
| PO 2 | |
| Salesperson | DOR |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 50 | 50 | 00032 | ES PEELED GARLIC | 4/5LB JR | .00 | $50.00 | $2,500.00 |
| 25 | 25 | 00025 | US PEELED CIPOLLINI | 5LB JR | 125.00 | $16.75 | $418.75 |
| 2 | 2 | 00013 | US FRSH PEARL WHT ONIONS RTL | 12/10OZ CS | 16.00 | $20.00 | $40.00 |
| 20 | 20 | 00052 | TR SUN DRIED TOMATOES HALF | 5LB BG | 100.00 | $16.00 | $320.00 |
| 20 | 20 | 00053 | TR SUN DRIED TOMATOES JULIENNE | 5LB BG | 100.00 | $16.00 | $320.00 |
| 117 | 117 | | | | 341.00 | Subtotal | $3,598.75 |
| | | | | | | Tax | $.00 |
| | | | | | | Total | **$3,598.75** |

Notes

**Received By:**

Signature / Name (Print) Date

**Terms and Conditions**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**

BEST BUY PRODUCE

**BEST BUY PRODUCE INT'L INC.**
9620 GIDLEY STREET
TEMPLE CITY, CA 91780

Phone: (323)262-8888
Fax:
www.bestbuyproduce.com

# Invoice 00033379

| Bill to: | Ship to: |
|---|---|
| BROTHERS PRODUCE, INC<br>P.O.BOX 1207<br>FRIENDSWOOD, TX 77549<br><br>P: 713-924-5013 | BROTHERS HOUSTON MAIN<br>3173 PRODUCE ROW<br>HOUSTON, TX 77075<br><br>P: 713-924-4196 |

INV16U00010100
0333790001

| | |
|---|---|
| Customer | BROPRO |
| Date | 10/08/25 |
| Terms | NET 21 DAYS |
| PO 1 | 378236 |
| PO 2 | KAOLIN |
| Salesperson | CLS |
| Route | |

| Quantity Ordered | Quantity Shipped | Item | Description | | Weight | Unit Price | Extended Amount |
|---|---|---|---|---|---|---|---|
| 112 | 112 | 00028 | CN PEELED GARLIC | 4/5LB JR | 2352.00 | $45.50 | $5,096.00 |
| 112 | 112 | | | | 2352.00 | Subtotal | $5,096.00 |
| | | | | | | Tax | $.00 |
| | | | | | | Total | **$5,096.00** |

Notes

**Received By:**

_______________ / _______________ _______________
Signature Name (Print) Date

Terms and Conditions

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

A finance charge calculated at the rate of 1½% per month (18% annually), or at the highest rate permitted by law, will be applied to all past due accounts including pre and post judgment amounts. In addition, should any action be commenced between the parties to this contract concerning the sums due or the rights and duties of any party to this contract or the interpretation of this contract, the prevailing party in such action shall be entitled to, in addition to such other relief as may be granted, an award for the actual attorney's fees and costs in bringing the action and/or enforcing any judgment granted in the action.

**All claims must be reported by written notice received by seller within 24 hours of arrival and supported by acceptable USDA inspection certificates. No deductions allowed without prior written authorization from seller. No returns will be accepted past 24 hours of receipt.**